# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

PATRICK W. PENDLEY AND
STANLEY P. BAUDIN

NO.  2019 CW 1297

VERSUS

ANDRE P. LAPLACE AND
CHRISTOPHER D. SHOWS

**DEC 0 6 2019**

---

In Re:    Andre  P.  LaPlace  and  Christopher  D.  Shows,  applying
          for  supervisory  writs,  18th  Judicial  District  Court,
          Parish of Iberville, No. 78735.

---

**BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

   **WRIT DENIED.**

**JEW**
**GH**

   **McClendon, J.**, concurs and would deny the writ, because the
criteria  set  forth  in  **Herlitz  Construction  Co.,  Inc.  v.  Hotel
Investors  of  New  Iberia,  Inc.**,  396  So.2d  878  (La.  1981)  (*per
curiam*) are not met.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT